

# NUMBER 13-24-00317-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**KAREN RENA ROOKS,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                            **Appellee.**

---

## ON APPEAL FROM THE 130TH DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña**
**Memorandum Opinion by Justice Peña**

Appellant, Karen Rena Rooks, perfected this appeal from a judgment of conviction entered by the 130th District Court of Matagorda County, Texas in trial court cause number 19-015. On October 1, 2024, we received a supplemental clerk's record containing a Death Verification issued and certified by the County Clerk of Matagorda

County on September 17, 2024. According to the verification, appellant's date of death was after appeal was perfected, but before this Court issued its mandate.

Therefore, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order the appeal permanently abated. *See* TEX. R. APP. P. 7.1(a)(2).

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
10th day of October, 2024.